# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| THOMAS FRANCIS TRUE, IV, | : No. 185 MM 2014 |
| Petitioner | : |
| v. | : |
| PENNSYLVANIA BOARD OF LAW EXAMINERS, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 8th day of April, 2015, the Petition for Review per Pa.B.A.R. 222 is **DENIED**.